AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JERRY L. HARRIS,

Plaintiff,

v.

CARLA SCHETTLER, BERNARD WARNER, SCOTT FRAKES, PAT GLEBE, ROY GONZALEZ, STEVE SINCLAIR, DON HOLBROOK, LORI SCAMAHORN, ANGELA BRANSCUM and SHARI HALL,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-12-5113-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  the Complaint is DISMISSED WITHOUT PREJUDICE.

December 5, 2012
*Date*

JAMES R. LARSEN
*Clerk*

s/ Sheila Parpolia
*(By) Deputy Clerk*

Sheila Parpolia